IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:11-CR-447 (AJT) |
| ) | |
| ZOI MERTZANIS, ) | |
| ) | |
| Defendant. ) | |

MOTION FOR DISMISSAL

The United States of America, by and through its attorneys, Tracy Doherty-McCormick, Acting United States Attorney for the Eastern District of Virginia, and Jay V. Prabhu, Assistant United States Attorney, hereby moves this Honorable Court pursuant to FED. R. CRIM. P. 48(a) to dismiss Counts One through Six of the Indictment in the above-captioned case as to Defendant ZOI MERTZANIS.

Respectfully submitted,

Tracy Doherty-McCormick
Acting United States Attorney

By:    /s_____
       Jay V. Prabhu
       Assistant United States Attorney

February 14, 2018

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:11-CR-447 (AJT) |
| ) | |
| ZOI MERTZANIS, ) | |
| Defendant. ) | |

O R D E R

Upon Motion of the United States to Dismiss Counts One through Six of the Indictment in the above-captioned case, it is hereby

ORDERED, that Counts One through Six of the Indictment in the above-captioned case are dismissed as to Defendant Zoi Mertzanis.

_____
Honorable Anthony J. Trenga
United States District Judge

Alexandria, Virginia

Date: _____

I ASK FOR THIS:

Tracy Doherty-McCormick
Acting United States Attorney


 /s_____
Jay V. Prabhu
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of filing (NEF) to all counsel of record.

                                                            _____/s_____

                                                            Jay V. Prabhu
                                                            Assistant U.S. Attorney
                                                            Office of the United States Attorney
                                                            For the Eastern District of Virginia
                                                            2100 Jamieson Avenue
                                                            Alexandria, Virginia 22314
                                                            Tel: (703) 299-3700
                                                            Fax: (703) 299-3981
                                                            Email: Jay.Prabhu@usdoj.gov